# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-3395
LT Case No. 2022-CF-001055-A

———————————————

BILLY GENE ATKINS, JR.,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

———————————————

On appeal from the Circuit Court for Seminole County.
Michael J. Rudisill, Judge.

Matthew J. Metz, Public Defender, and Jacqueline R. Brandt,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kristen L.
Davenport, Assistant Attorney General, Daytona Beach, for
Appellee.

January 27, 2026

PER CURIAM.

  AFFIRMED.

MAKAR, LAMBERT, and KILBANE, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————